UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATHESON FLIGHT EXTENDERS, INC.,<br><br>　　　　　Defendant. | CASE NO. C17-1925-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the dispositive motions deadline (Dkt. No. 39). The motion is GRANTED. The dispositive motions deadline is EXTENDED to August 15, 2019. All other deadlines remain in place.

DATED this 2nd day of August 2019.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　Deputy Clerk