UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | CASE NO. C17-1925-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MATHESON FLIGHT EXTENDERS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to vacate the trial date and stay all unexpired pretrial deadlines (Dkt. No. 63). Having considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

1. The November 4, 2019, trial date is vacated;

2. All pretrial deadlines that had not expired before September 25, 2019, are stayed; and

3. If trial is necessary after the Court rules on Defendant's motion for summary judgment (Dkt. No. 41) and Plaintiff's motion for partial summary judgment (Dkt. No. 45), the parties shall file a stipulated motion proposing a new trial date or schedule a status conference with the Court.

//

1    DATED this 26th day of September 2019.

2                                         William M. McCool
                                          Clerk of Court
3

4                                         s/Tomas Hernandez
                                          Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26