THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | CASE NO. C17-1925-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MATHESON FLIGHT EXTENDERS, INC., | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to vacate the trial date and unexpired pretrial deadlines and requesting a status conference (Dkt. No. 71). As the Court stated in its recent letter, it is important to maintain existing case schedules to the greatest extent possible. (Dkt. No. 80 at 1.) With that in mind, the Court DENIES Defendant's request to vacate the unexpired pretrial deadlines in this case.[1] Maintaining those deadlines will allow this case to proceed to trial as quickly as possible once the COVID-19 crisis has passed. The Court also DENIES Defendant's request to set a status conference, which is premature given the uncertainty around when civil trials might resume. For the sake of clarity, the Court officially VACATES the

---

[1] The parties need not file their trial exhibits with the Court at this time. Once the Court sets a new date for trial, the parties must file their trial exhibits the Friday before the new trial date.

MINUTE ORDER
C17-1925-JCC
PAGE - 1

1  trial date.

2      DATED this 8th day of June 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk